**Order entered April 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01459-CR

**KAYLON OLIVER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F12-28089-J**

## ORDER

The Court **REINSTATES** the appeal.

On April 8, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On April 11, 2013, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the April 8, 2013 order requiring findings.

We **GRANT** the April 11, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     DAVID EVANS
          JUSTICE